UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**IN THE MATTER OF** ) **ORDER**

**UNCLAIMED MONEYS** )

      In accordance with the Guide to Judiciary Policies and Procedures, Volume 1, Chapter VII, Part J, 2.6., unclaimed fund balances in the court's registry 604700 account shall be transferred to the Treasury unclaimed moneys fund 613300. The court's records show that the Registry Fund contains moneys unclaimed for more than a statutorily required period should be transferred. The case which shall be transferred to unclaimed moneys are:

| CASE NO. | TITLE | AMOUNT |
|---|---|---|
| 4:01CV3089 | Servicemaster Residential v. Kenneth Proctor | $ 500.00 |

**IT IS ORDERED**

      The Clerk of the Court shall transfer the sum of $500.00 from the Court's Registry Fund 604700 to the Treasury of the United States unclaimed fund 613300.

DATED THIS 19th day of December, 2006

BY THE COURT

_____
Judge Joseph F. Battalion
Chief U.S. District Judge